IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JAMES ALLEN HUGHEY                                                                                    PLAINTIFF

V.                                                                        CIVIL ACTION NO. 3:18-CV-00004-NBB-RP

TIPPAH COUNTY, MISSISSIPPI,
TOMMY MASON, in his individual capacity,
and "X" Bonding Company                                                                              DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, the court finds that Defendant Mason's motion for judgment on the pleadings is not well-taken and is, therefore, **DENIED**. Plaintiff is directed to file a *Schultea* reply tailored to Mason's assertion of qualified immunity within fourteen (14) days from the date of this order. The court further finds that Plaintiff's motion to allow qualified-immunity related discovery is not well-taken and is, therefore, **DENIED**. The parties may choose to re-urge their motions at a later date.

**SO ORDERED AND ADJUDGED** this, the 2nd day of July, 2018.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**