**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JAMES ALLEN HUGHEY**                                                  **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO: 3:18cv004-NBB-RP**

**TIPPAH COUNTY, MISSISSIPPI,
TOMMY MASON, in his Individual Capacity,
AND "X" BONDING COMPANY**                                 **DEFENDANTS**

---

**RESPONSE IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS
BASED ON QUALIFIED IMMUNITY**

---

      **COMES NOW**, Plaintiff James Allen Hughey, and submits his response in opposition to Defendant's Motion for Judgment on the Pleadings Based on Qualified Immunity as follows:

    1. As fully explained in the accompanying Memorandum Brief, Defendant's Motion for Judgment on the Pleadings Based on Qualified Immunity should be denied.

    2. The *Schultea* Reply pleads a clear claim for excessive force. Defendant Tommy Mason severely beat James Allen Hughey without justification. The Schultea Reply pleads facts properly tailored to overcoming Mason's qualified immunity defense.

    3. As fully set out in Plaintiff's Memorandum Brief, Defendant's Motion should be denied.

      **WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests the Court to deny Defendant's Motion for Judgment on the Pleadings Based on Qualified Immunity. Plaintiff further requests such other and more general relief to which he is entitled.

**RESPECTFULLY SUBMITTED**, this the 22d day of August, 2018.

              **MCLAUGHLIN LAW FIRM**

           By:  <u>/s R. Shane McLaughlin</u>
              R. Shane McLaughlin (Miss. Bar No. 101185)
              338 North Spring Street Suite 2
              P.O. Box 200
              Tupelo, Mississippi 38802
              Telephone:  (662) 840-5042
              Facsimile:  (662) 840-5043
              rsm@mclaughlinlawfirm.com

              **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification to the following:

**Jim Waide**
**Rachel Pierce Waide**
**Waide & Associates, P.A.**
**Post Office Box 1357**
**Tupelo, Mississippi 38802**
**waide@waidelaw.com**

**Daniel Griffith**
**Arnold Luciano**
**Jacks Griffith Luciano, P.A.**
**Post Office Box 1209**
**Cleveland, Mississippi 38732**
**dgriffith@jlpalaw.com**
**aluciano@jlpalaw.com**

**William Allen**
**Katelyn Riley**
**Allen, Allen, Breeland & Allen, PLLC**
**Post Office Box 751**
**Brookhaven, Mississippi 39602**
**wallen@aabalegal.com**
**kriley@aabalegal.com**

**THIS** the 22d day of August, 2018.

/s R. Shane McLaughlin