IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JAMES ALLEN HUGHEY**                                                  **PLAINTIFF**

v.                                       **CIVIL ACTION NO. 3:18cv4-NBB-RP**

**TIPPAH COUNTY, MISSISSIPPI, et al.**                            **DEFENDANTS**

## ORDER GRANTING MOTION TO STAY

The plaintiff James Allen Hughey has been charged in an indictment in the Circuit Court of Tippah County, Mississippi with burglary as a result of the incident that is the subject matter of this litigation, and the parties have moved *ore tenus* to stay all proceedings in this case pending resolution of the criminal proceedings. Following a telephonic conference with counsel for both plaintiff and defendants, the court finds that a stay is appropriate. Consequently, this case is hereby **STAYED** pending resolution of the aforesaid criminal proceedings.

Counsel are directed to notify the undersigned within seven days of the conclusion of the criminal proceedings. Further, counsel are instructed to file a status report as to the criminal proceedings on February 24, 2019 and every three months thereafter.

SO ORDERED, this the 29th day of January, 2019.

                                                                  /s/ Roy Percy
                                                                  UNITED STATES MAGISTRATE JUDGE