## IN THE CIRCUIT COURT OF TIPPAH COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI                                                                           PLAINTIFF

VS.                                                                                          CAUSE NO. TK2017-163

JAMES ALLEN HUGHEY                                                DEFENDANT

### NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Jim Waide, of the law firm of Waide & Associates, P.A., 332 North Spring Street, Post Office Box 1357, Tupelo, MS 38802-1357, hereby enters his appearance as co-counsel to represent the interests of Defendant James Allen Hughey in the above-referenced matter.

The undersigned requests that her name be placed on the mailing matrix and that all motions, notices, pleadings, and discovery documents in this matter be served on him as one of the attorneys of record for Defendant.

RESPECTFULLY SUBMITTED, this the ___ day of February, 2023.

JAMES ALLEN HUGHEY, Plaintiff

By: _____
Jim Waide, MS Bar No. 6857
waide@waidelaw.com
WAIDE & ASSOCIATES, P.A.
332 North Spring Street
Tupelo, MS 38804-3955
Post Office Box 1357
Tupelo, MS 38802-1357
(662) 842-7324 / Telephone
(662) 842-8056 / Facsimile

FILED THIS ___ DAY OF
February 20 23
RANDY GRAVES, CIRCUIT CLERK
BY J. White

00373222.WPD


EXHIBIT 2

>Tyler L Moss, Esq.
>tylerlmoss15@gmail.com
>MOSS LAW FIRM, PLLC
>Post Office Box 2279
>Corinth, MS 38835
>(662) 367-4628 / Telephone

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Defendant has this day filed the above and foregoing **Notice of Attorney Appearance** with the Clerk of the Court, with copies of the same being mailed via email and U.S. Mail to:

Thad James Mueller, Esq.
Assistant District Attorney
District Attorneys Ofc-Dist 3
1301 Monroe Ave
Oxford, MS 38655-3750
Email: tmueller@thirdcircuitmsda.com

DATED, this the ___1___ day of February, 2023.

_____
JIM WAIDE