## IN THE CIRCUIT COURT OF TIPPAH COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                        CAUSE NO.:    20-17-163

JAMES ALLEN HUGHEY

### ORDER

This cause came for hearing on this date on Defendant's Motion to Take Depositions. Having

heard arguments of counsel, fully considered Defendant's motion, it is hereby ORDERED THAT

THE MOTION IS:    _____Denied_____.

ORDERED this the 13th day of February, 2023.

_____
CIRCUIT COURT JUDGE

TIPPAH COUNTY
FILED

FEB 13 2023

RANDY GRAVES, Circuit Clerk

By:_____ D.C.

**EXHIBIT
4**