IN THE CIRCUIT COURT OF TIPPAH COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.  CAUSE NO.: TK2017-163

JAMES ALLEN HUGHEY  DEFENDANT

## ORDER SETTING JURY TRIAL

Came on to be considered this day the *ore tenus* motion of the State requesting that this cause be set for trial and the court, having considered the State's motion for setting, finds that it is well taken and should be sustained. It is THEREFORE ORDERED AND ADJUDGED that a jury trial in the above referenced case will be held on **Wednesday, May 3, 2023**, with said trial to commence at **9:00 o'clock A.M.**, on the date said in the Circuit Court of Tippah County.

ORDERED AND ADJUDGED this, the 9th day of February, 2023.

_____
CIRCUIT COURT JUDGE

TIPPAH COUNTY
FILED
FEB 10 2023
RANDY GRAVES, Circuit Clerk
By: _____ D.C.

EXHIBIT 6