## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**JAMES ALLEN HUGHEY**                                         **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO: 3:18CV4-NBB-RP**

**TIPPAH COUNTY, MISSISSIPPI,**
**TOMMY MASON, in His Individual Capacity,**
**and "X" Bonding Company**                                       **DEFENDANTS**

### PLAINTIFF'S PRE-DISCOVERY DISCLOSURE OF CORE INFORMATION

**COMES NOW,** Plaintiff James Allen Hughey, by and through counsel, and submits this Pre-Discovery Disclosure of Core Information, in compliance with Uniform Local Rule 26(a)(1) and Fed. R. Civ. P. 26(a), as follows:

### A. PERSONS WITH KNOWLEDGE:

Pursuant to Uniform Local Rule 26(a)(1) and Fed.R.Civ.P. 26(a)(1)(A)(i), Plaintiff provides the following names and, if known, the address and telephone number, of each individual likely to have discoverable information that Plaintiff may use to support his claims or defenses, identifying the subjects of the information:

1. Michelle Bennett
   2835 Friendship Road
   Ashland, MS 38603
   (662) 882-0404

   KNOWLEDGE: Bennett has knowledge of being with Plaintiff on the day of June 6, 2017, prior to the incident which occurred between Plaintiff and Defendant Mason. She also has knowledge of Plaintiff's acting confused and disoriented due to health problems, and that Plaintiff had not been drinking that day.

INITIAL DISCLOSURES2



2. Maurice Effinger
   2248 Gracy Academy Rd.
   Ashland, MS 38603
   (662) 224-4230

   KNOWLEDGE: Effinger has knowledge of hearing conversations between Karen Hughey and Brenda Crumpton wherein Brenda Crumpton stated Plaintiff had done nothing wrong. He further has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

3. Billy Alberson
   5141 Hwy 4 East
   Ashland, MS 38603
   (662) 882-0404

   KNOWLEDGE: Mr. Alberson has knowledge of driving by Brenda Crumpton's residence on June 6, 2017, and seeing Plaintiff lying face down on the ground with Defendant Mason standing over him. He also has knowledge of there being no police officers present at the time.

4. Gilberto Guerrero
   262 Old Hwy. 4
   Ashland, MS 38603
   (662) 317-9649

   KNOWLEDGE: Guerrero has knowledge of hearing conversations between Karen Hughey and Collene Brown Davis wherein Collene Brown Davis stated Defendant Mason had beaten Plaintiff, and that Plaintiff had done nothing wrong. He further has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

5. Collene Brown Davis
   (Address Unknown)
   (662) 750-0664

   KNOWLEDGE: Davis has knowledge of calling Plaintiff's sister on June 6, 2017, to tell her Plaintiff had been taken to the hospital after being beaten by Defendant Mason. She also has knowledge of making statements that Plaintiff had done nothing wrong. She further has knowledge of telling Plaintiff's sister that Defendant Mason had beaten her sister when he was married to her.

6. Pete Hughey
   332 Old Hwy. 4
   Ashland, MS 38603
   (662) 224-1169

   KNOWLEDGE: Pete Hughey has knowledge of Plaintiff's injuries. He further has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

7. Linda Hughey
   332 Old Hwy. 4
   Ashland, MS 38603
   (662) 471-0147

   KNOWLEDGE: Linda Hughey has knowledge of Plaintiff's injuries. She further has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

8. Karen Hughey
   329 Old Hwy. 4
   Ashland, MS 38603
   (662) 316-1729

   KNOWLEDGE: Karen Hughey has knowledge of Plaintiff's injuries. She further has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

9. Dorothy Barkley
   243 Tall Pines Road
   Ashland, MS 38603
   (662) 471-3796

   KNOWLEDGE: Ms. Barkley has knowledge of Plaintiff's background, character and damages.

10. Becky Creasie
    81 Bright Avenue
    Ashland, MS 38603
    (662) 417-1011

    KNOWLEDGE: Ms. Creasie has knowledge of Plaintiff's background, character and damages.

11. Kevin Bennett
    392 Friendship Road
    Ashland, MS 38603
    (662) 671-5784

    KNOWLEDGE: Mr. Bennett has knowledge Plaintiff's background, character and damages. r. He also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

12. Cathy Davis
    1045 CR 228
    Ecru, MS 38841
    (662) 871-0305

    KNOWLEDGE: Ms. Davis has knowledge of Plaintiff's personal and moral character.

13. Kyla Lumpkin
    (Address Unknown)
    (602) 448-1461

    KNOWLEDGE: Ms. Lumpkin has knowledge of Plaintiff's personal and moral character.

14. Shane Nance
    1102 Ridge Avenue
    Ashland, MS 38603
    (662) 216-0028

    KNOWLEDGE: Mr. Nance has knowledge of Plaintiff's personal and moral character. He also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

15. Jimmy Mercer
    894 Miller Road
    Michigan City, MS 38647
    (662) 587-6913

    KNOWLEDGE: Mr. Mercer has knowledge of Plaintiff's personal and moral character.

16. Brittany Gross
    120 North Main Street
    Ashland, MS   38603
    (662) 471-0764

    KNOWLEDGE:  Ms. Gross has knowledge of Plaintiff's personal and moral character.

17. Mavis Hunt
    610 North Commerce Street
    Ripley, MS   38663
    (662) 750-4454

    KNOWLEDGE:  Ms. Hunt has knowledge of Plaintiff's personal and moral character.

18. Tim Slaton
    1680 Hwy. 4 West
    Ripley, MS   38663
    (662) 837-1250

    KNOWLEDGE:  Mr. Slaton has knowledge of Plaintiff's personal and moral character.  He also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

19. Steven Stanford
    121 Ward Rd.
    Ripley, MS   38663
    (662) 750-1369

    KNOWLEDGE:  Mr. Stanford has knowledge of Plaintiff's personal and moral character.  He also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

20. Barbara Greer
    7 CR 130
    Corinth, MS   38834
    (662) 219-8484

    KNOWLEDGE:  Ms. Greer has knowledge of Plaintiff's personal and moral character.

21. Tim Alberson
    96 Wagner Lake Road
    Ashland, MS 38603
    (662) 471-1429

    KNOWLEDGE: Mr. Alberson has knowledge of Plaintiff's personal and moral character.

22. Robyn McNabb
    4220 CR 813
    Ripley, MS 38663
    (662) 223-4924

    KNOWLEDGE: Ms. McNabb has knowledge of Plaintiff's personal and moral character. She also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

23. Rebecca Anthony
    570 CR 406
    Falkner, MS 38629
    (662) 587-2869

    KNOWLEDGE: Ms. Anthony has knowledge of Plaintiff's personal and moral character. She also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

24. Chris Nutt
    40 Main Street North
    Ashland, MS 38603
    (601) 506-8369

    KNOWLEDGE: Mr. Nutt has knowledge of Plaintiff's personal and moral character.

25. Jay Kimery
    1454 Wood Lake Circle
    St. Cloud, FL 34772
    (704) 201-7646

    KNOWLEDGE: Mr. Kimery has knowledge of Plaintiff's personal and moral character.

26. Teresa Koon Waldon
    18010 Hwy. 4 East
    Ripley, MS  38663
    (662) 587-4435

    KNOWLEDGE:  Ms. Waldon has knowledge of Plaintiff's personal and moral character.  She also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

27. Scott Feathers
    380 East Salem
    Holly Springs, MS  38635
    (901) 871-6944

    KNOWLEDGE:  Mr. Feathers has knowledge of Plaintiff's personal and moral character.  He also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

28. James Ripley
    7367 Goodman Rd., Lot 32
    Walls, MS  38680
    (901) 440-7056

    KNOWLEDGE:  Mr. Ripley has knowledge of Plaintiff's personal and moral character.

29. James Hockman
    (Address Unknown)
    (901) 671-9496

    KNOWLEDGE:  Mr. Hockman has knowledge of Plaintiff's personal and moral character.

30. Jonathan Boler
    170 CR 263
    Ripley, MS  38663
    (662) 882-0080

    KNOWLEDGE:  Mr. Boler has knowledge of Plaintiff's personal and moral character.  He also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

31. Michelle Williams
    (Address Unknown)

    KNOWLEDGE: Ms. Williams has knowledge of Plaintiff's personal and moral character.

32. Jeffrey Lumpkin
    252 Abby Lane
    Falkner, MS 38629
    (662) 587-2666

    KNOWLEDGE: Mr. Lumpkin has knowledge of Plaintiff's personal and moral character. He also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

33. Brian Hudspeth, Jr.
    9962 Brownferry Road
    Senatobia, MS 38668
    (662) 501-6457

    KNOWLEDGE: Mr. Hudspeth has knowledge of Plaintiff's personal and moral character.

34. Alanna Hardesty
    520 CR 443
    Ashland, MS 38603
    (662) 587-9575

    KNOWLEDGE: Ms. Hardesty has knowledge of Plaintiff's personal and moral character.

35. Courtney Hughey
    1151 Ripley Avenue
    Ashland, MS 38603
    (662) 471-1199

    KNOWLEDGE: Ms. Hughey has knowledge of Plaintiff's personal and moral character. She also has knowledge of Plaintiff's injuries. She further has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

36. Kelly Gamblin
    421 E. Water Street
    Ripley, MS 38663

    KNOWLEDGE: Ms. Gamblin has knowledge of Plaintiff's personal and moral character.

37. Lisa Madru
    497 Holbrook Road
    Ashland, MS 38603
    (662) 544-4112

    KNOWLEDGE: Ms. Madru has knowledge of Plaintiff's personal and moral character. She also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

38. Kelley McCallum
    406 South Middle Street
    Ripley, MS 38663
    (662) 882-3948

    KNOWLEDGE: Ms. McCallum has knowledge of Plaintiff's personal and moral character.

39. James Houston
    1720 Minor Bridge Road
    Ashland, MS 38603
    (662) 297-8173

    KNOWLEDGE: Mr. Houston has knowledge of Plaintiff's personal and moral character.

40. Brenda Nance
    238 Ripley Ave.
    Ashland, MS 38603
    (662) 224-4378

    KNOWLEDGE: Ms. Nance has knowledge of Plaintiff's personal and moral character. She also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

41. Larry Nance
    238 Ripley Ave.
    Ashland, MS 38603
    (662) 224-4378

    KNOWLEDGE: Mr. Nance has knowledge of Plaintiff's personal and moral character. He further has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

42. Brenda Pannell
    2260 Barrett Street
    Southaven, MS 38672
    (901) 857-1100

    KNOWLEDGE: Mr. Pannell has knowledge of Plaintiff's personal and moral character.

43. Marion Autry
    2248 Gracy Academy Road
    Ashland, MS 38603
    (662) 224-4230

    KNOWLEDGE: Ms. Autry has knowledge of Plaintiff's personal and moral character.

44. Shannon Henderson
    27100 Highway 15
    Walnut, MS 38683
    (662) 670-0230

    KNOWLEDGE: Ms. Henderson has knowledge of Plaintiff's personal and moral character. She also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

45. Annie Faye Smith
    831 CR 435
    Ashland, MS 38603
    (662) 224-8575

    KNOWLEDGE: Ms. Smith has knowledge of Plaintiff's personal and moral character. She also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

46. Angie Hardin
    (Address Unknown)
    (662) 420-6580

    KNOWLEDGE: Ms. Hardin has knowledge of Plaintiff's personal and moral character.

47. Charlie Cannon
    1030 CR 3
    Hickory Flat, MS 38633
    (662) 815-0887

    KNOWLEDGE: Mr. Cannon has knowledge of Plaintiff's personal and moral character.

48. Catina Bennett Isbell
    3515 Cornwall Cove
    Horn Lake, MS 38637
    (901) 498-8918

    KNOWLEDGE: Ms. Isbell has knowledge of Plaintiff's personal and moral character.

49. Donna Hopkins
    1426 Minor Bridge Road
    Ashland, MS 38603
    (662) 910-7461

    KNOWLEDGE: Ms. Hopkins has knowledge of Plaintiff's personal and moral character.

50. Glenn Collins
    3550 CR 744
    Dumas, MS 38625
    (662) 587-4171

    KNOWLEDGE: Mr. Collins has knowledge of Plaintiff's personal and moral character.

51. Linda Mannon
    131 Turner Cove
    Holly Springs, MS   38635
    (662) 544-9211

    KNOWLEDGE:   Ms. Mannon has knowledge of Plaintiff's personal and moral character.

52. Peggy Lumpkin
    252 Abby Lane
    Falkner, MS   38629
    (662) 551-6087

    KNOWLEDGE:   Ms. Lumpkin has knowledge of Plaintiff's personal and moral character.

53. Tyler Marcum
    110 Renee Drive
    Bells, TN   38006
    (731) 518-6334

    KNOWLEDGE:   Mr. Marcum has knowledge of Plaintiff's personal and moral character.

54. Julie Hernandez
    787 Cooper Street
    Ripley, MS   38663
    (662) 512-8472

    KNOWLEDGE:   Ms. Hernandez has knowledge of Plaintiff's personal and moral character.

55. Amanda Mills
    126 Bethel Road
    Blue Mountain, MS   38610
    (662) 292-7774

    KNOWLEDGE:   Ms. Mills has knowledge of Plaintiff's personal and moral character.

56. Stacy Britt
    60 E. CR 1231
    Booneville, MS   38829
    (662) 340-0088

    KNOWLEDGE:   Ms. Britt has knowledge of Plaintiff's personal and moral character. She also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

57. Cynthia Shaw King
    722 North Road
    Ecru, MS   38841
    (662) 266-2988

    KNOWLEDGE:   Ms. King has knowledge of Plaintiff's personal and moral character.

58. Kirsten Hopkins
    6151 CR 200
    Tiplersville, MS   38674
    (662) 882-3703

    KNOWLEDGE:   Ms. Hopkins has knowledge of Plaintiff's personal and moral character.

59. Jennifer Stephens
    412 CR 430
    Corinth, MS   38834
    (662) 415-3073

    KNOWLEDGE:   Ms. Stephens has knowledge of Plaintiff's personal and moral character.

60. Shaun Waldrop
    16425 Boundary Drive
    Ashland, MS   38603
    (662) 471-3073

    KNOWLEDGE:   Mr. Waldrop has knowledge of Plaintiff's personal and moral character. He also has knowledge of the mental anxiety and stress suffered by Plaintiff as a direct result of the actions of Defendant Mason.

61. Chad Cummings
    Mississippi Bureau of Investigation
    1103 Bratton Road
    New Albany, MS  38652
    (662) 534-8619

    KNOWLEDGE:  Mr. Cummings has knowledge of being the investigating agent.

62. Brenda Crumpton
    (Address Unknown)
    (662) 750-0664

    KNOWLEDGE:  Ms. Crumpton has knowledge of the incident which occurred at her residence on June 6, 2017 between Plaintiff and Defendant Mason.  She also has knowledge of making the statement that she pulled up in her vehicle as Defendant Mason was beating Plaintiff and that she made Defendant Mason stop before he killed Plaintiff.  She also has knowledge of making the statement that Plaintiff had done nothing wrong.

63. Amanda Mason
    (Address Unknown)

    KNOWLEDGE:  Ms. Mason has knowledge of the incident which occurred at her residence on June 6, 2017 between Plaintiff and Defendant Mason.  She also has knowledge of Defendant Mason's having beaten her in the past, and her attempt to obtain law enforcement assistance from Defendant Tippah County.

64. Karl Gaillard
    Currently Employed by Defendant Tippah County

    KNOWLEDGE:  Mr. Gaillard has knowledge of failing to correct Defendant Mason for previous acts of assault, as well as failing to correct Defendant Mason for his steroid use.  He also has knowledge of Tippah County Sheriff's Department's policies regarding the incarceration of injured individuals.

65. James Page
    (Address Unknown)

    KNOWLEDGE:  Mr. Page has knowledge of Tippah County Sheriff's Department's policies regarding the incarceration of injured individuals.

66. Any individual identified by any witness during depositions or by any of the parties in discovery responses or by the submission of affidavits.

**B.     RELEVANT DOCUMENTS:**

Pursuant to Uniform Local Rule 26(a)(1) and Fed.R.Civ.P. 26(a)(1)(A)(ii), Plaintiff attaches hereto a copy of all documents, electronically stored information, and tangible things that Plaintiff has in his possession, custody, or control and may use to support his claims or defenses.

1. Notice of Claim - attached hereto at Bates Nos. 0001 – 0003.

2. Indictment of James Allen Hughey - attached hereto at Bates No. 0004.

3. Capias of James Allen Hughey - attached hereto at Bates No. 0005.

4. Medical Records and Billing Records of Tippah County Hospital – attached hereto at Bates Nos. 0006-0044.

5. Medical Records and Billing Records of Regional One Health – attached hereto at Bates Nos. 0045-0198.

6. Medical Records and Billing Records of North Mississippi Primary Health Care, Inc. – attached hereto at Bates Nos. 0199-0330.

7. Medical Records and Billing Records of Lifecore Health Group – attached hereto at Bates Nos. 0331-0611.

8. Composite Medical documents – attached hereto as Bates Nos. 0612-0616.

9. Composite text messages and Facebook posts – attached hereto as Bates Nos. 0617-0623.

10. Photographs – attached hereto as Bates Nos. 0623-0647.

**C.  DAMAGES:**

Pursuant to Uniform Local Rule 26(a)(1) and Fed.R.Civ.P. 26(a)(1)(A)(iii), Plaintiff provides the following computation of each category of damages to which he is entitled:

1. Damages for physical injuries as a result of the excessive force. Plaintiff cannot place an exact monetary figure for these damages as this is for the jury to determine. These damages are unliquidated.
2. Damages for past and future physical pain and suffering - Plaintiff cannot place an exact monetary figure for these damages as this is for the jury to determine. These damages are unliquidated.
3. Damages for permanent impairment - Plaintiff cannot place an exact monetary figure for these damages as this is for the jury to determine. These damages are unliquidated.
4. Mental anxiety and emotional distress - Plaintiff cannot place an exact monetary figure for these damages as this is for the jury to determine. These damages are unliquidated.
5. Attorneys' Fees – to be set by the Court.
6. Punitive Damage against Mason - These damages are unliquidated and are for the jury to determine.

**D.  Any insurance agreement under which any person may be liable to satisfy part or all of a judgment entered.**

Not applicable.

**RESPECTFULLY SUBMITTED**, this the 9th day of October, 2018.

        MCLAUGHLIN LAW FIRM

      By: /s R. Shane McLaughlin
        R. Shane McLaughlin (Miss. Bar No. 101185)
        338 North Spring Street, Suite 2
        P.O. Box 200
        Tupelo, Mississippi 38802
        Telephone:  (662) 840-5042
        Facsimile:  (662) 840-5043
        E-mail: rsm@mclaughlinlawfirm.com

        **ATTORNEY FOR PLAINTIFF**