UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KAREN HUGHEY, CONSERVATOR
FOR JAMES ALLEN HUGHEY                                                  PLAINTIFF

v.                                                          Civil No. 3:18-CV-004-GHD-RP

TIPPAH COUNTY, MISSISSIPPI; ET AL.                                    DEFENDANTS

## ORDER ADMINISTRATIVELY CLOSING CASE

The Plaintiff brought this Section 1983 action in August of 2020 seeking recovery for damages as a result of the Defendants' alleged violation of his constitution rights for, *inter alia*, excessive force. The Plaintiff has been criminally charged in connection with the subject arrest, and the trial date on those charges has been continued by the state court several times, with no resolution as of today's date.

This case has been stayed by the Court since January 29, 2019, during the pendency of the Plaintiff's state court criminal charges [72]. Given the extended pendency of the Plaintiff's state court action, the Court shall administratively close this case pending the resolution of the Plaintiff's state court criminal proceedings. The subject criminal charges have been pending for several years with no action or progress. Given the potential delay and the lengthy stay of these proceedings that such a delay would necessitate, the Court finds that the better approach is to administratively close this case for the present time. The Plaintiff may request that the case be reopened and returned to the Court's active docket after filing a notice on the docket that the state criminal charges have been resolved.

Accordingly, the Court hereby ORDERS that this case be ADMINSTRATIVELY CLOSED as of today's date. The parties are INSTRUCTED to inform the Court within fourteen

days of any substantive updates in the underlying state court criminal matter; the Plaintiff may then request that this case be reopened and returned to the Court's active docket.

THIS, the 23rd day of August, 2023.

                                                    SENIOR U.S. DISTRICT JUDGE