IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KAREN HUGHEY,**
Conservator for JAMES ALLEN HUGHEY                                         **PLAINTIFF**

v.                                            CIVIL ACTION NO.: 3:18-CV-00004-GHD-RP

**TIPPAH COUNTY, MISSISSIPPI;**
**TOMMY MASON, In his Individual Capacity;**
**and "X" BONDING COMPANY**                                                **DEFENDANTS**

**TIPPAH COUNTY, MISSISSIPPI'S MOTION
FOR JUDGMENT ON THE PLEADINGS**

**NOW COMES**, Defendant Tippah County, Mississippi ("Tippah County" hereinafter), by and through counsel, and respectfully files its Motion for Judgment on the Pleadings:

**I.    PREMISE**

Plaintiff Karen Hughey's First Amended Complaint against Tippah County fails. First, Hughey's complaint is barred by *Heck* as it does not align with the *Alford* pleas taken by James Hughey in the state criminal case involving the same set of facts. Second, even if not barred, she has completely failed to state a claim against the County under *Monell*. Her Amended Complaint should be dismissed *in toto*.

**II.   ATTACHMENTS**

In support of this Motion, Defendant attaches the following Exhibit:

Exhibit A – Transcript of James Hughey Plea Hearing Held September 26, 2023

**III.  BRIEFING**

As required by our local rules, an appropriate Memorandum of Supporting Authorities is being filed herewith.

**NOW THEREFORE,** Defendant Tippah County, Mississippi prays that it be dismissed with prejudice from this action.

**RESPECTFULLY SUBMITTED**, this the 17th day of September, 2024.

**JACKS GRIFFITH LUCIANO, P.A.**

By: /s/ *Arnold U. Luciano*
Arnold U. Luciano, MS Bar No. 99198
Daniel J. Griffith, MS Bar No. 8366
Attorneys for Defendant, Tippah County, Mississippi

Of Counsel:

JACKS GRIFFITH LUCIANO, P.A.
150 North Sharpe Ave.
P. O. Box 1209
Cleveland, MS 38732
Telephone: 662-843-6171
Facsimile: 662-843-6176
Email: aluciano@jlpalaw.com
dgriffith@jlpalaw.com

**CERTIFICATE OF SERVICE**

  I, Arnold U. Luciano, attorney of record for Defendant, Tippah County, Mississippi, hereby certify that I have this day caused a true and correct copy of the above and foregoing *Tippah County, Mississippi's Motion for Judgment on the Pleadings* to be delivered by the ECF Filing System to the following Counsel of Record:

 Jim D. Waide, Esq.
 Rachel Pierce Waide, Esq.
 Yance A. Falkner, Esq.
 Waide & Associates, P.A.
 P.O. Box 1357
 Tupelo, MS 38802
 Telephone: 662-842-7324
 Facsimile: 662-842-8056
 Email: waide@waidelaw.com
    rpierce@waidelaw.com
    yfalkner@waidelaw.com
**Attorney for Plaintiff**

 R. Shane McLaughlin, Esq.
 McLaughlin Law Firm
 P.O. Box 200
 Tupelo, MS 38802
 Telephone: 662-840-5042
 Facsimile: 662-840-5043
 Email: rsm@mclaughlinlawfirm.com
**Attorney for Plaintiff**

 Will Allen, Esquire
 Katelyn A. Riley, Esquire
 Butler Snow, LLP
 1020 Highland Colony Parkway, Suite 1400
 Ridgeland, MS 39157
 Telephone: 601-985-4259
 Facsimile: 601-985-4500
 Email: will.allen@butlersnow.com
    katelyn.riley@butlersnow.com
**Attorneys for Defendant, Tommy Mason**

 **DATED,** this the 17th day of September, 2024.

           /s/ *Arnold U. Luciano*
           Arnold U. Luciano