IN THE CIRCUIT COURT OF TIPPAH COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                          CAUSE NO.: TK2017-163

JAMES ALLEN HUGHEY                              DEFENDANT

## PLEA OF GUILTY AND JUDGMENT OF COURT

THIS DAY into open Court came the District Attorney who prosecutes for the State of Mississippi and came also in his own proper person and represented by counsel, JAMES ALLEN HUGHEY, having been indicted by the Tippah County Grand Jury, on one (1) count of **BURGLARY OF A DWELLING (M.C.A. SECTION 97-17-23)**, petition of said Defendant for the Court to accept pleas offered pursuant to *North Carolina v. Alford*, 400 U.S. 25 (1970), of guilty on his charges, being entered this day; and said Defendant having been duly advised of his rights; and the Court being satisfied that the said Defendant is competent to offer said plea of guilty and that said plea is offered voluntarily, knowingly, deliberately and intelligently by said Defendant, said plea of is hereby accepted by the Court.

It is, therefore, ORDERED AND ADJUDGED by the Court that the Defendant is hereby sentenced as follows, to-wit:

(1) On the charge of **BURGLARY OF A DWELLING (M.C.A. SECTION 97-17-23)**, the Defendant is hereby **SENTENCED TO A TERM OF TEN (10) YEARS IN THE CUSTODY OF THE MISSISSIPPI DEPARTMENT OF CORRECTIONS, WITH SEVEN (7) YEARS SUSPENDED, LEAVING THREE (3) YEARS TO SERVE IN THE INTENSIVE SUPERVISION PROGRAM (HOUSE ARREST). DEFENDANT SHALL BE PLACED ON UNSUPERVISED PROBATION FOR THE BALANCE OF HIS SENTENCE FOLLOWING SUCCESSFUL COMPLETION OF HOUSE ARREST.**

(2) During his period of House Arrest, Defendant shall be permitted to leave the State of Mississippi for the sole purpose of attending medical appointments.

(3) Defendant shall make every effort to obtain a cellular phone. However, in the event he is unable to obtain a cellular phone, MDOC shall contact the Defendant's conservator,

**EXHIBIT "B"**

Karen Hughey, whose number is 662-471-3690, or Defendant's father, Pete Hughey, whose number is 662-471-1169.

(4) Pleas entered pursuant to Mississippi Code Section 47-7-34 and the suspension of said sentence is based upon the following conditions:

(a) Defendant shall hereafter commit no offense against the laws of this or any state of the United States, or of the United States;

(b) Avoid injurious or vicious habits;

(c) Avoid persons or places of disreputable or harmful character;

(d) Report to the supervision officer as directed;

(e) Permit the supervision officer to visit in home, or elsewhere; I will not change my residence without first getting permission by supervising officer;

(f) Work faithfully at suitable employment so far as possible. I will not quit my job without first getting permission from my supervising officer;

(g) Remain within the State of Mississippi unless authorized to leave on proper application thereof;

(h) Support dependents;

(i) That I do hereby waive extradition to the State of Mississippi from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Mississippi;

(j) Abstain from drinking alcoholic beverages of any kind or character. I will not possess or use any illegal drug, narcotics, mood-altering substance, or any substance controlled by law which are not prescribed for me by a physician;

(k) Shall pay to the Department of Corrections the sum of $55.00 per month by certified check or money order until discharged from supervision, per Mississippi Code Section 47-4-49, Annotated;

(l) Submit as provided in Section 1 of House Bill 354, 19893, Regular Session, to any type of breath, saliva or urine chemical analysis test, the purpose of which is to detect the possible presence of alcohol or a substance prohibited or controlled by any law of the State of Mississippi or the United States, and shall pay $10.00 fee for each positive urine analysis;

(m) Attend and complete any special programs or counseling as directed by the Court of the supervising officer.

(n) Defendant shall pay restitution, if any, to the victim in an amount to be determined by the Office of the District Attorney.

DEFENDANT IS TO PAY ALL COSTS IN TO THE TIPPAH COUNTY CIRCUIT CLERK IN MONTHLY INSTALLMENTS UNTIL THE BALANCE IS PAID IN FULL.

DEFENDANT TO PAY COSTS:
**COURT COSTS:** $544.50
**D.A. FEE:** $150.00
**TOTAL:** $694.50

SO ORDERED AND ADJUDGED in open court, this the 26th day of September, 2023.

_____
CIRCUIT COURT JUDGE

365 Right of Review

FILED THIS 26th DAY OF September 20 23
Diann C GRAVES, CIRCUIT CLERK
BY _Sandra Benfield_ DC

