56

INDICTMENT:

**BURGLARY OF A DWELLING**
Miss. Code Ann. §97-17-23
(nm 25 yrs)

STATE OF MISSISSIPPI
COUNTY OF TIPPAH                NO. TK 2017-163

In the Circuit Court in and for said County and State prior to the November 2017 Term.

THE GRAND JURORS of the State of Mississippi, taken from the body of good and lawful citizens of said County and State, duly elected, empaneled, sworn and charged to inquire in and for said County and State prior to the May 2017 Term of Court aforesaid, in the name and by the authority of the State of Mississippi upon their oaths present: That

### JAMES ALLEN HUGHEY

late of the County and State aforesaid, on or about the 7th day of June, 2017 in the County and State aforesaid, and within jurisdiction of this court, did then and there unlawfully, willfully, feloniously and burglariously break and enter the dwelling of Amanda Mason and Denver Crumpton, located at 2661 Highway 4 West, Blue Mountain, in Tippah County, Mississippi, there situated in which dwelling there were, then and there, goods, wares, chattels or merchandise kept for use, sale, deposit or transportation, with the felonious intent to unlawfully, willfully and feloniously take, steal and carry away the goods, wares, chattels or merchandise in said dwelling then and there being, in violation of the provisions of Section 97-17-23 of the Mississippi Code of 1972, Annotated, as amended, which offense is punishable by imprisonment not less than three (3) years nor more than twenty-five (25) years, contrary to the form of the statute in such cases made and provided and against the peace and dignity of the State of Mississippi.

A TRUE BILL

_____          _____
Assistant District Attorney              Foreman of the Grand Jury

WITNESSES:

Filed: October 23, 2017              _____ Clerk

Recorded: October 23, 2017           _____ Clerk

**EXHIBIT "C"**