**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**KAREN HUGHEY,**
**Conservator for JAMES ALLEN HUGHEY**                                      **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO.: 3:18-CV-00004-GHD-RP**

**TIPPAH COUNTY, MISSISSIPPI;**
**TOMMY MASON, In his Individual Capacity**                                      **DEFENDANTS**

**NOTICE OF INTENT**

  **PLEASE TAKE NOTICE** that the Defendant, Tippah County, Mississippi, by and through

counsel, on October 30, 2024, has caused to be issued a subpoena *duces tecum* (a copy of which is

attached as Exhibits "A" through "F") on the following:

  Tippah County Hospital
  1005 Highway 15 North
  Ripley, MS 38663

  Regional One Health
  877 Jefferson Avenue
  Memphis, TN 38103

  Magnolia Regional Health Center
  611 Alcorn Drive
  Corinth, MS 38834

  Baptist Memorial Hospital - North Mississippi
  1100 Belk Blvd.
  Oxford, MS 38655

  Baptist Memorial Hospital - Union County
  200 Highway 30 West
  New Albany, MS 38652

  Benton Medical Center
  15921 Boundary Drive
  Ashland, MS 38603

**RESPECTFULLY SUBMITTED**, this the 30th day of October, 2024.

**JACKS GRIFFITH LUCIANO, P.A.**

By: /s/ *Arnold U. Luciano*

Arnold U. Luciano, MS Bar No. 99198
Bethany A. Tarpley, MS Bar No. 104134
Daniel J. Griffith, MS Bar No. 8366
Attorneys for Defendant, Tippah County, Mississippi

Of Counsel:

JACKS GRIFFITH LUCIANO, P.A.
150 North Sharpe Ave.
P. O. Box 1209
Cleveland, MS 38732
Telephone: 662-843-6171
Facsimile: 662-843-6176
Email: aluciano@jlpalaw.com
btarpley@jlpalaw.com
dgriffith@jlpalaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Arnold U. Luciano, attorney of record for Defendant, Tippah County, Mississippi, hereby certify that I have this day caused a true and correct copy of the above and foregoing *Notice of Intent* to be delivered by the ECF Filing System to the following Counsel of Record:

Jim D. Waide, Esq.
Rachel Pierce Waide, Esq.
Yance A. Falkner, Esq.
Waide & Associates, P.A.
P.O. Box 1357
Tupelo, MS 38802
Telephone: 662-842-7324
Facsimile: 662-842-8056
Email: waide@waidelaw.com
      rpierce@waidelaw.com
      yfalkner@waidelaw.com
**Attorney for Plaintiff**

R. Shane McLaughlin, Esq.
McLaughlin Law Firm
P.O. Box 200
Tupelo, MS 38802
Telephone: 662-840-5042
Facsimile: 662-840-5043
Email: rsm@mclaughlinlawfirm.com
**Attorney for Plaintiff**

Will Allen, Esquire
Katelyn A. Riley, Esquire
Butler Snow, LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: 601-985-4259
Facsimile: 601-985-4500
Email: will.allen@butlersnow.com
      katelyn.riley@butlersnow.com
**Attorneys for Defendant, Tommy Mason**

**DATED,** this the 30th day of October, 2024.

/s/ *Arnold U. Luciano*_____
Arnold U. Luciano

3