IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KAREN HUGHEY,**
**Conservator for James Allen Hughey**                                 **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO.: 3:18-CV-0004-GHD-RP**

**TIPPAH COUNTY, MISSISSIPPI,**
**TOMMY MASON, in His Individual Capacity,**
**and "X" Bonding Company**                                         **DEFENDANTS**

## DEFENDANT DEPUTY MASON'S JOINDER IN
## TIPPAH COUNTY, MISSISSIPPI'S MOTION TO CONTINUE

      Come now, Defendant, Tommy Mason, by and through counsel, and joins in Tippah County, Mississippi's Motion to Continue (*CM/ECF Doc. No. 204*).

**DATE:**     **January 14, 2025.**

                                                               Respectfully submitted,

                                                                **TOMMY MASON**

                                                          BY:    */s/Katelyn A. Riley*
                                                                        One of His Attorneys

WILLIAM R. ALLEN (MSB #100541)
KATELYN A. RILEY (MSB #105115)
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Tel. (601) 948-5711
will.allen@butlersnow.com
katelyn.riley@butlersnow.com

**CERTIFICATE OF SHOWER**

I, the undersigned of Butler Snow, LLP, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which gave notice to the following:

>Jim Waide, Esq.
>Rachel Pierce Waide,
>Yance A. Falkner,
>Waide & Associates, P.A.
>P.O Box 1357
>Tupelo, MS 38802
>waide@waidelaw.com
>rpierce@waidelaw.com
>yfalkner@waidelaw.com

This the 14th day of January, 2025.

>/s/Katelyn A. Riley
>OF COUNSEL

91953914.v1