UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KAREN HUGHEY,** **PLAINTIFF**
Executrix of the Estate of James Allen Hughey

V. CIVIL ACTION NO. 3:18CV4-GHD-RP

**TIPPAH COUNTY, MISSISSIPPI, et al.** **DEFENDANTS**

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

This matter is before the court on the motion of Karen Hughey, Executrix of the Estate of James Allen Hughey, to be substituted as the plaintiff in this action. ECF 212. The motion includes a copy of James Allen Hughey's death certificate, as well as a copy of the Benton County, Mississippi Chancery Court's decree appointing Karen Hughey as Executrix of the Estate of James Allen Hughey. The motion is unopposed. The court finds the motion is well taken and should be granted.

**ACCORDINGLY, IT IS ORDERED** that "Karen Hughey, Executrix of the Estate of James Allen Hughey" is substituted as the proper party plaintiff in place and instead of "Karen Hughey, Conservator for James Allen Hughey." The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated plaintiff.

THIS, the 7th day of March, 2025.

/s/Roy Percy
UNITED STATES MAGISTRATE JUDGE