UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KAREN HUGHEY, Executrix of the Estate  PLAINTIFF
of James Allen Hughey

V.  NO: 3:18-CV-004-GHD-RP

TIPPAH COUNTY, MISSISSIPPI; and
TOMMY MASON, in his individual capacity  DEFENDANTS

**ORDER GRANTING DEFENDANT TIPPAH COUNTY'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant Tippah County's Motion for Judgment on the Pleadings [157], as joined by the Defendant Tommy Mason [179], is GRANTED;

(2) the Plaintiff's Motion to Revise [182] is DENIED;

(3) the Plaintiff's remaining claims against Tippah County and Tommy Mason are DISMISSED WITH PREJUDICE; and

(4) this case is CLOSED.

SO ORDERED, this the 28 day of April, 2025.

_____
SENIOR U.S. DISTRICT JUDGE